UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Robert Lionel Sisk, <br> *Petitioner* <br> v. <br> Warde, *FPC- Edgefield* <br> *Respondent* | Civil Action No.   0:18-cv-02826-MBS-PJG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The petitioner, Robert Lionel Sisk, shall take nothing of the respondent, Warde, *FPC-Edgefield*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, dismissing the case without prejudice.

Date:   December 19, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/B. Goodman
_____
*Signature of Clerk or Deputy Clerk*